IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Mimi Corp & Mary Gargano  & the Estate of Mary Gargano  Plaintiffs,  v.  Underwriters at Lloyds, London, England  Defendant,  v.  Young Adjustment Company, Inc. and  Gregory R. Coe  Additional Defendants. | : : : : : : : : : : : : : : | CIVIL ACTION   No.:   02-CV-2726 |

## ORDER

**AND NOW**, this _____ day of _____, 2002, upon consideration of the Motion of Defendant Underwriters at Lloyds, London, England, and responses thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**. Plaintiffs are ordered to provide self-executing discovery pursuant to Rule 26 of the Federal Rules of Civil Procedure within ten (10) days of the date of this Order or risk the imposition of further sanctions.

                                                        **BY THE COURT:**

 

                                                        _____
                                                                                                     J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| Mimi Corp & Mary Gargano | : | |
| & the Estate of Mary Gargano | : | CIVIL ACTION |
|    Plaintiffs, | : | |
|   v. | : | |
| | : | |
| Underwriters at Lloyds, London, England | : | No.:   02-CV-2726 |
|    Defendant, | : | |
| | : | |
|   v. | : | |
| | : | |
| Young Adjustment Company, Inc. and | : | |
| Gregory R. Coe | : | |
|    Additional Defendants. | : | |

_____

**MOTION OF DEFENDANT UNDERWRITERS AT LLOYDS, LONDON, ENGLAND
TO COMPEL DISCOVERY OF ADDITIONAL DEFENDANTS YOUNG ADJUSTMENT
<u>COMPANY AND GREGORY R. COE</u>**

  1.  This lawsuit arises from a claim for insurance proceeds from a fire loss occurring on May 12, 2000 at a restaurant known as Mimi's, located at 9242 Delaware Avenue, Philadelphia, Pennsylvania.

  2.  At the time of the fire, the contents only of the restaurant were insured through Underwriters at Lloyds, London, England.

  3.  Several days after the fire, Underwriters issued a check to the plaintiffs in the amount of twenty thousand dollars ($20,000) as an initial payment for damages incurred in the fire, and plaintiffs were to submit a final account once those damages were fairly and accurately determined.

4.Plaintiffs hired Additional Defendant Young Adjustment Company, a public adjustment company in the business of assisting people and entities in preparing claims to submit to an insurer to recover for losses suffered in a covered incident, in this case the fire at Mimi's.

5.Additional Defendant Gregory R. Coe was employed by Young Adjustment Company and assisted the plaintiffs in preparing their claim for submission to Underwriters.

6.Defendant, Underwriters at Lloyds, London, England, has asserted that the insurance claim submitted by the additional defendants and the plaintiffs was grossly inflated and without the necessary documentation to support the claim.

7.On June 11, 2002, counsel for defendant, Underwriters at Lloyds, London, England, forwarded discovery requests to counsel for plaintiffs. A copy of the June 11, 2002, letter is attached as Exhibit A.

8.On July 15, 2002, counsel for defendant, Underwriters at Lloyds, London, England, forwarded a letter to counsel for plaintiffs seeking responses to the discovery requests forwarded on June 11, as well as seeking the self-executing discovery required under Rule 26 of the Federal Rules of Civil Procedure. A copy of the July 15, 2002, letter is attached as Exhibit B.

9.To date, plaintiffs have failed to provide the self-executing discovery as required by the Federal Rules of Civil Procedure.

WHEREFORE, defendant, Underwriters at Lloyds, London, England, respectfully requests this Honorable Court to enter an Order compelling plaintiffs to provide self-executing discovery pursuant to Rule 26 of the Federal Rules of Civil Procedure and providing any sanctions that this Honorable Court deems just and necessary for plaintiffs' failure to comply with Rule 26 of the Federal Rules of Civil Procedure.

          Respectfully submitted,

          **GIBLEY AND McWILLIAMS, P.C.**

          By:_____
             John Reed Evans, Esquire
             Attorney for Defendant,
             Underwriters at Lloyds, London, England
             Identification Number: 61899
             610 E. Baltimore Pike, Suite 200
             Media, PA 19063
             Ph.:  610-627-9500
             Fax:  610-627-2400
             Email: jevans@gibleylaw.com

Dated: September 9, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| Mimi Corp & Mary Gargano : | |
| & the Estate of Mary Gargano : | CIVIL ACTION |
|       Plaintiffs, : | |
|       v. : | |
| : | |
| Underwriters at Lloyds, London, England : | No.:    02-CV-2726 |
|       Defendant, : | |
| : | |
|       v. : | |
| : | |
| Young Adjustment Company, Inc. and : | |
| Gregory R. Coe : | |
|       Additional Defendants. : | |

_____

**CERTIFICATE OF SERVICE**

    I, John Reed Evans, Esquire, hereby certify that a copy of the attached Motion of Defendant Underwriters at Lloyds, London, England To Compel Answers to Discovery of Plaintiffs has been served upon the following individual by first class, United States mail, postage pre-paid, this 9th day of September, 2002.

| | |
|---|---|
| Norman W. Briggs, Esq. | Michael Stack, Jr., Esq. |
| Frey Petrakis Deeb Blum Briggs & Mitts, P.C. | Stack & Stack, P.C. |
| 1601 Market Street, Sixth Floor | 1600 Locust Street |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |

                **GIBLEY and McWILLIAMS, P.C.**

                By:_____
                    John Reed Evans, Esquire
                    Attorney for Defendant,
                    Underwriters at Lloyds, London, England
                    Identification Number: 61899
                    610 E. Baltimore Pike, Suite 200
                    Media, PA 19063
                    Ph.:  610-627-9500
                    Fax:  610-627-2400
                    Email: jevans@gibleylaw.com

Dated: September 9, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Mimi Corp & Mary Gargano & the Estate of Mary Gargano<br>   Plaintiffs,<br>v.<br><br>Underwriters at Lloyds, London, England<br>   Defendant,<br>v.<br><br>Young Adjustment Company, Inc. and Gregory R. Coe<br>   Additional Defendants. | CIVIL ACTION<br><br>No.: 02-CV-2726 |

### CERTIFICATE OF GOOD FAITH

  The undersigned counsel for movant hereby certifies and attests that he has had the contacts described below with opposing counsel regarding the discovery matter contained in the foregoing discovery motion in an effort to resolve the specific discovery dispute(s) at issue and, further, that despite all counsel's good faith attempts to resolve the dispute(s), counsel have been unable to do so.

Description:

  June 11, 2002 letter forwarding discovery requests.

  July 15, 2002 letter requesting response to discovery requests and self-executing discovery pursuant to F.R.C.P. Rule 26.

                CERTIFIED TO THE COURT BY:

                _____
                John Reed Evans, Esquire
                Attorney for Defendant,
                Underwriters at Lloyds, London, England