# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIMI CORP & MARY GARGANO : | |
| & THE ESTATE OF MARY GARGANO : | CIVIL ACTION |
|         Plaintiffs, : | |
|         v. : | |
| : | |
| UNDERWRITERS AT LLOYDS, : | |
| LONDON, ENGLAND : | **Civil Action No.: 02-CV-2726** |
|         Defendant : | |
|         v. : | |
| YOUNG ADJUSTMENT COMPANY, INC. : | |
| and GREGORY R. COE : | |
|         Additional Defendants : | |

## CASE STATUS REPORT

Civil Action No.: <u>02-CV-2726</u>        Jury ( _ )      Non-Jury ( <u>X</u> )

Caption of Case: <u>Mimi Corp. and Mary Gargano & The Estate of Mary Gargano v. Underwriters at Lloyds, London, England v. Young Adjustment Company, Inc. and Gregory R. Coe</u>

Date of Service of Process Made: <u>Notice of Removal to the U.S. District Court filed May 7, 2002</u>

Name of Trial Counsel: <u>John Reed Evans, Esquire</u>

Representing: <u>Underwriters at Lloyds, London, England</u>

Law Firm: <u>Gibley and McWilliams, P.C.</u>

Address: <u>610 E. Baltimore Pike, Ste. 200, Media, PA 19063-0807</u>

Telephone No.: <u>(610) 627-9500</u>

1. This case has been/should be consolidated with Civil Action No.(s): <u>N/A</u>

2. If this case should be consolidated with another civil action, state the reason why it should be consolidated.
<u>      N/A      </u>

3. By what date can discovery be completed? <u>October 1, 2003</u>

4. Do you anticipate using any expert witnesses? <u>Yes</u>

5. By what date will this case be ready for trial? <u>November 1, 2003</u>

6. What is the total time necessary to present your case?
<u>     3 Days     </u>

7.  What portion of this is liability? __1½ Days__   Damages? __1 ½ Days__

8.  What is your estimate of the total time required for the entire trial? __6 Days__

9.  Would an early settlement conference be helpful in effecting a settlement of this case?   Yes ( __X__ )        No ( __ )

10. If the answer is "Yes," when would be the most appropriate time for such a conference? __Within the next month__

11. Do you have any special comment to make or special issue or problem to raise concerning the case?  If so, please use the reverse side.

12. THE FOLLOWING CERTIFICATION <u>MUST</u> BE EXECUTED BY COUNSEL:

I HEREBY CERTIFY THAT PRIOR TO SUBMITTING THIS FORM <u>I SPOKE</u> WITH COUNSEL FOR ALL OTHER PARTIES AND CAREFULLY EXPLORED SETTLEMENT OF THIS ACTION.

_____

John Reed Evans, Esquire                                                        Date
Counsel for Underwriters at Lloyds, London, England