IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIMI CORP. & MARY GARGANO, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 02-2726 |
| | : | |
| UNDERWRITERS AT LLOYDS, LONDON, ENGLAND, et al., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 28th day of April, 2003, in light of the parties' pending settlement negotiations, it is hereby ORDERED that defendant's motion to compel plaintiffs' deposition (Docket No. 23) is DENIED without prejudice to refile, if necessary.

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.