IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIMI CORP. | : | CIVIL ACTION |
| MARY GARGANO and the Estate of MARY | : | |
| GARGANO, Deceased | : | |
| | : | |
| v. | : | |
| | : | |
| UNDERWRITERS AT LLOYDS, | : | NO. 02-2726 |
| LONDON, ENGLAND | : | |
| | : | |
| v. | : | |
| | : | |
| GREGORY R. COE | : | |
| YOUNG ADJUSTMENTS COMPANY, INC. | : | |

## **ORDER**

AND NOW, this 13th day of May, 2003, it is hereby **ORDERED** by the Court that upon consideration of correspondence to the Court from Norman W. Briggs, Esquire dated May 12, 2003, the **Settlement Conference** for the above-captioned matter which was scheduled for June 2, 2003, will now take place on **June 17, 2003**, at **10:00 a.m.**

BY THE COURT:

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE