IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIMI CORP., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNDERWRITERS AT LLOYDS, LONDON, ENGLAND | : | NO. 02-2726 |
| | : | |
| v. | : | |
| | : | |
| GREGORY R. COE, et al. | : | |

**ORDER**

AND NOW, this 1st day of October, 2003, it is hereby **ORDERED** that as all matters pursuant to 28 U.S.C. § 636(b)(1)(A) have been completed, the Clerk is directed to remove this case from my docket and returned to the calendar of the Honorable Ronald L. Buckwalter.

BY THE COURT:

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE