IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIMI CORP. | : | CIVIL ACTION |
| v. | : | |
| UNDERWRITERS AT LLOYD'S LONDON, ENGLAND | : | NO. 02-2726 |

**O R D E R**

      AND NOW, this 17th day of October, 2003, it is Ordered that TRIAL in the above captioned matter is scheduled for Monday December 15, 2003 at 9:30 a.m. in Courtroom 14 A.

BY THE COURT

ATTEST:

BY:_____

      Deputy Clerk